**FILED**
October 22, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
**Western District of Texas**
Pecos Division

United States of America
v.
LOPEZ-Baeza, Adrian

*Defendant(s)*

Case No. **PE: 26-MJ-404**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 19, 2026 in the county of Presidio in the WESTERN DISTRICT OF TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1546 (1) | knowingly uttered, used, attempted to use, possessed, obtained, accepted, or received any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained. |
| 8 U.S.C. Sections 1324(a)(1)(A)(ii) & (B)(i) (2) | knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, and with the intent to further the aliens' unlawful presence in the United States, did transport and move, and attempted to transport and move said aliens within the United States by means of transportation or otherwise, and in furtherance of such violation of law for the purpose of commercial advantage or private financial gain. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Noel Madrid
*Complainant's signature*

Noel Madrid, CBP Enforcement Officer
*Printed name and title*

Complaint sworn to telephonically and electronically signed on this date. FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 10/22/2026

David Fannin
*Judge's signature*

City and state: Pecos, Texas

Honorable Judge David B. Fannin
*Printed name and title*

On October 20, 2026, at approximately 1020hrs, the DEFENDANT, LOPEZ Baeza, Adrian a native and citizen of the United States applied for admission at the Presidio, TX Port of Entry via vehicle primary presenting a U.S. Passport Card in his name. The DEFENDANT was the driver of the vehicle. In the vehicle was a male passenger who presented a U.S. Passport Card belonging to someone else. CBP Officer queried the document in the computer database and returned with negative results. CBP Officer asked the passenger where he was from, the passenger stated he was from Midland, TX. CBP Officer asked the passenger if the document he had presented belonged to him, and he stated yes. CBP Officer suspected the passenger could be a possible false claim to United States Citizen or imposter to the document he presented. Both subjects were referred into vehicle secondary for inspection.

CBP Officer conducted an imposter check to the passenger and identified the document to be genuine. CBP Officer asked the passenger to state his name, the passenger stated the name on the document. CBP Officer asked the passenger if he was a United States citizen, the passenger stated yes. CBP Officer asked the passenger if the document belonged to him and the passenger stated yes. CBP Officer asked the passenger where he had obtained the document, the passenger stated U.S. CBP Officer asked the passenger where he was born, and the passenger stated U.S. CBP Officer escorted both subjects into PCS for inspection.

In Passport Control hard secondary, CBP Officer advised CBP Enforcement Officer that he suspected that passenger of the vehicle was a possible false claim to United States citizenship. CBP Enforcement Officer advised escorting the DEFENDANT into PCS hard secondary for questioning.

The DEFENDANT was immediately served with Form I-214, Warning as to Rights in Spanish by CBP Enforcement Officer which the DEFENDANT understood and signed voluntarily. The DEFENDANT readily admitted that the passenger in the vehicle was in fact not a United States citizen but rather a citizen and national of Mexico. The DEFENDANT admitted having given the passenger the document to attempt to cross him into the United States. The DEFENDANT and his friend traveled to Meoqui, Chih, Mexico. The DEFENDANT picked up the passenger in Delicias, Chih, Mexico at a bus station and brought him to the Presidio POE to cross. The DEFENDANT told the passenger to remember the names on the document and that if asked by an officer if he was a United States citizen, he was to say yes. The DEFENDANT also provided the names of the parents to the person on the card. The passenger was to learn those names as well. The DEFENDANT was going to take the passenger to Amarillo, TX where his boss was located and give him work. The DEFENDANT admitted that he had made a big mistake attempting to smuggle an undocumented alien into the United States.

**Immigration Record:**
None

**Criminal Record:**

None

Noel Madrid
CBP Enforcement Officer
U.S. Customs and Border Protection